MICHAEL J. HEYMAN
United States Attorney

C. CODY TIRPAK
SETH M. BEAUSANG
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: cody.tirpak@usdoj.gov
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00050-SLG-KFR |
|---|---|
| Plaintiff, | COUNT 1: |
| vs. | CONSPIRACY TO MAINTAIN DRUG-INVOLVED PREMISES |
| CHANTEL LYNN FIELDS and KYOUNG SOO SEO, | Vio. of 21 U.S.C. §§ 856(a)(1) and 846 |
| Defendants. | CRIMINAL FORFEITURE ALLEGATION: |
| | 21 U.S.C. §§ 853(a)(1) & (2) and 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning no later than on or about October 21, 2020 to present, within the District of Alaska, the defendants, CHANTEL LYNN FIELDS and KYOUNG SOO SEO, and others both known and unknown to the Grand Jury, did knowingly and intentionally

combine, conspire, confederate, and agree with one another and with others both known and unknown to the Grand Jury to open, lease, rent, use, and maintain any place, whether permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance.

All of which is in violation of 21 U.S.C. §§ 856(a)(1) and 846.

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. §§ 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. §§ 856 and 846, the defendants, CHANTEL LYNN FIELDS and KYOUNG SOO SEO, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including a forfeiture money judgment equal to the value of the property; the property to be forfeited includes, but is not limited to:

1. Real property located at 3836 Spenard Road, Anchorage, AK 99517;
2. Approximately $2,895 in U.S. currency;
3. Anderson Manufacturing, Model AM-15, rifle, 5.56mm, SN: 21060599;
4. Winchester shotgun, 12-gauge, SN: L3576825;
5. AR style pistol, black, SN: none, seized on February 8, 2025;

6. Spikes Tactical, Model AR-15, rifle, SN: LT038080;

7. Masterpiece Arms, Model MPA30, pistol, 9mm SN: FX40672;

8. Rock Island Armory, Model 1911, .45 caliber, SN: RIA1252567;

9. Century Arms, Model TP9sf, pistol, 9mm, SN: T6472-20;

10. Glock, Model 23, pistol, .40 caliber, SN: VMN364;

11. FNK short barrel rifle, 5.7mm, SN: FMK13608, seized on February 8, 2025; and

12. Any and all associated magazines and ammunition.

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

//
//
//
//

All pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ C. Cody Tirpak
C. CODY TIRPAK
Assistant U.S Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: August 19, 2025