MICHAEL J. HEYMAN
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHANTEL LYNN FIELDS and KYOUNG SOO SEO,<br><br>Defendant. | No. 3:25-cr-00050-SLG-KFR |

## BILL OF PARTICULARS

COMES NOW, the United States of America, by and through undersigned counsel, to file this Bill of Particulars regarding the Criminal Forfeiture Allegation in the Indictment, which seeks forfeiture property pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 28 U.S.C. § 2461(c), of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offenses alleged in Count 1 of the Indictment, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including a forfeiture money judgment equal

to the value of the property.

The United States hereby gives notice of the following additional description of property to be forfeited in this matter, to include that property previously identified in Criminal Forfeiture Allegation of the Indictment, and including, but not limited to:

1) **Approximately $72,623.13 in U.S. currency seized from Global Federal Credit Union account ending in 4695 on or about August 26, 2025**

The Indictment named all forfeitable property without limitation, pursuant to Fed. R. Crim. P. 32.2(a), including the foregoing asset, which is now particularly named for criminal forfeiture purposes, as may be later supplemented.

RESPECTFULLY SUBMITTED August 27, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ *Seth Beausang*
SETH BEAUSANG
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ *Seth Beausang*
Assistant United States Attorney

U.S. v. Fields, et al.  3:25-cr-00050-SLG-KFR
Bill of Particulars  Page 2 of 2
Case 3:25-cr-00050-SLG-KFR    Document 20    Filed 08/27/25    Page 2 of 2