MICHAEL J. HEYMAN
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>KYOUNG SOO SEO,<br><br>           Defendant. | No. 3:25-cr-00050-SLG-KFR |

NOTICE OF
[JOINT PROPOSED] CRIMINAL DISCOVERY MANAGEMENT ORDER

      COMES NOW, the United States, by and through the undersigned attorneys, also on behalf of the defendant, to submit the proposed Criminal Discovery Management Order.

      I have conferred with defense counsel who stated they agreed with the attached proposed order.

      RESPECTFULLY SUBMITTED November 3, 2025, at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ *Seth M. Beausang*
SETH M. BEAUSANG
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, a true and correct copy of the foregoing was served electronically on all counsel of record.

s/ *Seth M. Beausang*

*U.S. v. Kyoung Soo Seo*
No. 3:25-cr-00050-SLG-KFR	2 of 2
Case 3:25-cr-00050-SLG-KFR    Document 55    Filed 11/03/25    Page 2 of 2